**Eva REHNER, Plaintiff-Appellant,**

v.

**Baxter RICE, Individually and as Director of the Department of Alcoholic Beverage Control of the State of California, Defendant-Appellee.**

No. 77–2409.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 10, 1983.

Decided Oct. 3, 1983.

Stephan V. Quesenberry, Seattle, Wash., Art Bunce, Escondido, Cal., Indian Legal Services, for Rehner.

William R. Winship, Jr., Alan S. Meth, San Diego, Cal., argued, for Rice; Evelle J. Younger, Atty. Gen., Sacramento, Cal., on brief.

Before BROWNING, CHOY, GOODWIN, WALLACE, KENNEDY, TANG, FARRIS, PREGERSON, POOLE, CANBY, REINHARDT, Circuit Judges.

### ORDER

In accordance with the Supreme Court's decision in *Rice v. Rehner,* —— U.S. ——, 103 S.Ct. 3291, 77 L.Ed.2d 961 (1983), *reversing and remanding* 678 F.2d 1340 (9th Cir.1982), the judgment of the district court dismissing the complaint is AFFIRMED.